### JARVIS v. RATHBURN.

A *scire facias* is a judicial writ, issuing for the purpose of carrying into effect an antecedent judgment; it ought, therefore, to issue from the court rendering such judgment, where the records of it remain.

THIS was a *scire facias*, against the defendant (being administratrix) to show cause why execution should not go out *de bonis propriis*. The original judgment was by the Court of Common Pleas, and the *scire facias* issued from a justice of the peace.

The defendant pleaded in abatement — That this being a judicial writ, ought to have issued from the clerk of the court on whose records it was founded, and to whom it was made returnable. And,

By the whole COURT. The plea in abatement is sufficient. A *scire facias* is a judicial writ, issued for the purpose of substantiating and carrying into effect an antecedent judgment; and ought, therefore, to issue from the court rendering such judgment, and where the records of it remain. And it is according to the course of the common law of England, and the established practice of this state, and according to

the provision of its statutes, in all cases where they have specially provided for writs of *scire facias*, that should thus issue, and not from another court, or justice of the peace, as in the present case.